JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 10-1733-JST (MLGx)                    Date:  December 20, 2010
Title:  Blackstone Equipment Financing, L.P. v. Gary Bernhard, et al.


Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**


  Ellen Matheson                                         N/A
    Deputy Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                   Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**


On December 8, 2010, the Court ordered that Plaintiff show cause as to why the Court should not dismiss the case for lack of subject matter jurisdiction.  (Doc. 8.)  The Order directed Plaintiff to submit a written response no later than December 17, 2010, and warned that the Court would immediately dismiss the action if Plaintiff failed to timely respond.  Plaintiff has failed to file a written response, therefore, the Court DISMISSES WITH PREJUDICE this action.


                                        Initials of Preparer:  _____