JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKSTONE EQUIPMENT FINANCING, L.P., fka BLACKSTONE CAPITAL PARNTERS, L.P., a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>GARY BERNHARD, an Idividual; SUSAN BERNHARD, an Individual,<br><br>Defendants. | Case No. SA CV 10 1733 JST (MLGx)<br><br>Hon. Josephine Staton Tucker<br>Courtroom "10A"<br><br>**ORDERING DISMISSING ACTION** |

Upon review of Plaintiff's Report to the court re Defendants' Bankruptcy and Request for Dismissal of Action,

IT IS HEREBY ORDERED that the within action be dismissed, in its entirety without prejudice.

DATED: __December 28, 2011      By._____
                                  Hon. Josephine Staton Tucker
                                  Judge, United States District Court

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3485
TELEPHONE  (213) 621-4000