JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3485
TELEPHONE (213) 621-4000

| | |
|---|---|
| BLACKSTONE EQUIPMENT FINANCING, L.P., fka BLACKSTONE CAPITAL PARNTERS, L.P., a California Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>GARY BERNHARD, an Idividual; SUSAN BERNHARD, an Individual,<br><br>Defendants. | Case No. SA CV 10 1733 JST (MLGx)<br><br>Hon. Josephine Staton Tucker<br>Courtroom "10A"<br><br>**ORDERING DISMISSING ACTION** |

Upon review of Plaintiff's Report to the court re Defendants' Bankruptcy and Request for Dismissal of Action,

IT IS HEREBY ORDERED that the within action be dismissed, in its entirety without prejudice.

DATED: __December 28, 2011            By._____
                                                            Hon. Josephine Staton Tucker
                                                            Judge, United States District Court

1